# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 37 WM 2017

Respondent    :

v.    :

KENNETH A. SENOSKI,    :

Petitioner    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 12th day of June, 2017, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus is **DENIED**.